**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF FEBRUARY 2, 2016**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

**WD78714**      **In the Interest of: S.R.F.; Juvenile Officer vs. S.N.F. (Father)**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

**None**